I, HADJA FANTA KONE having been presented with a copy of the SUPERSEDING Indictment, upon arraignment, I do hereby enter a plea of NOT guilty to the Indictment filed in this case.

Dated this 5th day of SEPT, 20 24

_Hadja Kone_
Deft.

_____
Cnsl.

I, _____ having been presented with a copy of the Indictment, upon arraignment, I do hereby enter a plea of _____ guilty to the Indictment filed in this case.

Dated this ___ day of _____, 20 ___

_____
Deft.

_____
Cnsl.

I, SIDI AHMED DIAKITE having been presented with a copy of the SUPERSEDING Indictment, upon arraignment, I do hereby enter a plea of NOT guilty to the Indictment filed in this case.

Dated this 5th day of SEPT, 20 24

_____
Deft.

_Thomas A. Mayes_
Cnsl.

I, ALMAMY MOUSTAPHA DIA having been presented with a copy of the SUPERSEDING Indictment, upon arraignment, I do hereby enter a plea of NOT guilty to the Indictment filed in this case.

Dated this 4th day of SEPT, 20 24

_____
Deft.

_____
Cnsl.

I, ABDUL AZIZ SANGARE having been presented with a copy of the SUPERSEDING Indictment, upon arraignment, I do hereby enter a plea of NOT guilty to the Indictment filed in this case.

Dated this 5th day of SEPT, 20 24

_____
Deft.

_Eleni Kousoulis_
Cnsl.

I, ABDUL AZIZ TRAORE having been presented with a copy of the SUPERSEDING Indictment, upon arraignment, I do hereby enter a plea of NOT guilty to the Indictment filed in this case.

Dated this 5th day of SEPT, 20 24

_____
Deft.

_____
Cnsl.