# DEFENDANT INFORMATION SHEET

CR24-41-1

| TO: Clerk, U.S. District Court | X Felony | | Class A Misdemeanor |
| --- | --- | --- | --- |
| DEFENDANT: Hadja Fanta Kone | X Indictment SSI | | Information |
| DOB (Year Only) 1996 | COUNTY OF OFFENSE: New Castle | | |

SEALED
UNSEALED 9/5/24 KJK

| OFFENSE(S) & CITATION(S): | MAXIMUM PENALTIES: |
| --- | --- |
| **Count One**: 18 U.S.C. § 371 – Conspiracy to Cyberstalk and Send Interstate Threats | Five years imprisonment, a $250,000 fine, three years of supervised release, and a $100 special assessment |
| **Count Two**: 18 U.S.C. § 1956(h) – Money Laundering Conspiracy<br><br>***Note max penalties will be the same for Counts Three through Twenty Three as well.*** | 20 years imprisonment, a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater; three years of supervised release; and a $100 special assessment |
| **Counts Three through Seven**: 18 U.S.C. §§ 1956(a)(2)(B)(i) and 2 – International Money Laundering, including Aiding and Abetting | Same as above |
| **Counts Eight through Twenty-Three**: 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2 – Concealment Money Laundering, including Aiding and Abetting | Same as above |
| **Counts Twenty-Four through Thirty-Three**: 18 U.S.C. § 1343 and 2 – Wire Fraud, including Aiding and Abetting | 30 years imprisonment; $1,000,000 fine; three years supervised release; and a $100 special assessment |

## INSTRUCTIONS

| | Order to Produce for Arraignment on: | FILED at 1:00 p.m. |
| --- | --- | --- |
| | Issue Arrest Warrant upon signing of Order | AUG 15 2024 |
| X | Issue Summons for Initial Appearance on: | at |
| | Interpreter Needed    Language | U.S DISTRICT COURT DISTRICT OF DELAWARE |

## DEFENDANT INFORMATION

Defendant's Address: _____

City: New Castle    County: New Castle    State: DE    Zip: 19720

Date of Arrest: _____   Date of 1st Appearance in this District

Bail Set:    Date Made:    Remains in Federal Custody [ ]

/s/Briana Knox
Briana Knox
Assistant United States Attorney

## DEFENDANT INFORMATION SHEET

CR 24-41-3

**TO:** Clerk, U.S. District Court    [X] Felony    [ ] Class A Misdemeanor

**DEFENDANT:** Sidi Ahmed Diakite    [X] Indictment    [ ] Information

SSJ

**DOB (Year Only):** 1993    **COUNTY OF OFFENSE:** New Castle

SEALED / UNSEALED 9/5/24 KJK

### OFFENSE(S) & CITATION(S):    MAXIMUM PENALTIES:

| Offense | Penalty |
|---|---|
| **Count One**: 18 U.S.C. § 371 – Conspiracy to Cyberstalk and Send Interstate Threats | Five years imprisonment, a $250,000 fine, three years of supervised release, and a $100 special assessment |
| **Count Two**: 18 U.S.C. § 1956(h) – Money Laundering Conspiracy<br><br>***Note max penalties will be the same for Counts Three through Twenty-Three as well.*** | 20 years imprisonment, a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater; three years of supervised release; and a $100 special assessment |
| **Counts Three through Seven**: 18 U.S.C. §§ 1956(a)(2)(B)(i) and 2 – International Money Laundering, including Aiding and Abetting | Same as above |
| **Counts Eight through Twenty-Three**: 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2 – Concealment Money Laundering, including Aiding and Abetting | Same as above |
| **Counts Twenty-Four through Thirty-Three**: 18 U.S.C. § 1343 and 2 – Wire Fraud, including Aiding and Abetting | 30 years imprisonment; $1,000,000 fine; three years supervised release; and a $100 special assessment |

### INSTRUCTIONS

[ ] Order to Produce for Arraignment on: _____ at 1:00 p.m.

[X] Issue Arrest Warrant upon signing of Order

[ ] Issue Summons for Initial Appearance on: _____ at _____

[ ] Interpreter Needed    Language _____

FILED AUG 15 2024
U.S. DISTRICT COURT DISTRICT OF DE

### DEFENDANT INFORMATION

Defendant's Address: _____

City: _____    County: _____    State: _____    Zip: _____

Date of Arrest: _____    Date of 1st Appearance in this District _____

Bail Set: _____    Date Made: _____    Remains in Federal Custody [ ]

/s/Briana Knox
Briana Knox
Assistant United States Attorney

# DEFENDANT INFORMATION SHEET

CR24-41-4

| TO: Clerk, U.S. District Court | X Felony | ☐ Class A Misdemeanor |
|---|---|---|
| DEFENDANT: Almamy Moustapha Diaby | X Indictment | ☐ Information |
| DOB (Year Only) 2001 | COUNTY OF OFFENSE: New Castle | |

SSI

SEALED UNSEALED 8/15/24 KJK

**OFFENSE(S) & CITATION(S):** | **MAXIMUM PENALTIES:**

| OFFENSE(S) & CITATION(S) | MAXIMUM PENALTIES |
|---|---|
| **Count One**: 18 U.S.C. § 371 – Conspiracy to Cyberstalk and Send Interstate Threats | Five years imprisonment, a $250,000 fine, three years of supervised release, and a $100 special assessment |
| **Count Two**: 18 U.S.C. § 1956(h) – Money Laundering Conspiracy<br><br>***Note max penalties will be the same for Counts Eight through Twenty-Three as well.*** | 20 years imprisonment, a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater; three years of supervised release; and a $100 special assessment |
| **Counts Eight through Twenty-Three**: 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2 – Concealment Money Laundering, including Aiding and Abetting | Same as above |
| **Counts Twenty-Four through Thirty-Three**: 18 U.S.C. § 1343 and 2 – Wire Fraud, including Aiding and Abetting | 30 years imprisonment; $1,000,000 fine; three years supervised release; and a $100 special assessment |

## INSTRUCTIONS

| | | |
|---|---|---|
| ☐ | Order to Produce for Arraignment on: | at 1:00 p.m. |
| X | Issue Arrest Warrant upon signing of Order | FILED |
| ☐ | Issue Summons for Initial Appearance on: | at AUG 15 2024 |
| ☐ | Interpreter Needed  Language | |

U.S. DISTRICT COURT DISTRICT OF DELAWARE

## DEFENDANT INFORMATION

Defendant's Address: _____

City: _____  County: _____  State: _____  Zip: _____

Date of Arrest: _____  Date of 1st Appearance in this District _____

Bail Set: _____  Date Made: _____  Remains in Federal Custody ☐

/s/Briana Knox
Briana Knox
Assistant United States Attorney

## DEFENDANT INFORMATION SHEET

CR 24-41-5

| TO: Clerk, U.S. District Court | X | Felony | | Class A Misdemeanor |
|---|---|---|---|---|
| **DEFENDANT:** Abdul Aziz Sangare | X | Indictment | | Information |
| **DOB (Year Only)** 1998 | **COUNTY OF OFFENSE:** New Castle | | | |

SEALED / UNSEALED 8/15/24 KJK

| OFFENSE(S) & CITATION(S): | MAXIMUM PENALTIES: |
|---|---|
| **Count One**: 18 U.S.C. § 371 – Conspiracy to Cyberstalk and Send Interstate Threats | Five years imprisonment, a $250,000 fine, three years of supervised release, and a $100 special assessment |
| **Count Two**: 18 U.S.C. § 1956(h) – Money Laundering Conspiracy<br><br>***Note max penalties will be the same for Counts Three through Twenty Three as well.*** | 20 years imprisonment, a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater; three years of supervised release; and a $100 special assessment |
| **Counts Eight through Twenty-Three**: 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2 – Concealment Money Laundering, including Aiding and Abetting | Same as above |
| **Counts Twenty-Four through Thirty-Three**: 18 U.S.C. § 1343 and 2 – Wire Fraud, including Aiding and Abetting | 30 years imprisonment; $1,000,000 fine; three years supervised release; and a $100 special assessment |

## INSTRUCTIONS

| | Order to Produce for Arraignment on: | at 1:00 p.m. |
|---|---|---|
| X | Issue Arrest Warrant upon signing of Order | FILED |
| | Issue Summons for Initial Appearance on: | at AUG 15 2024 |
| | Interpreter Needed    Language | U.S. DISTRICT COURT DISTRICT OF DELAWARE |

## DEFENDANT INFORMATION

Defendant's Address:

City:          County:          State:          Zip:

Date of Arrest:          Date of 1st Appearance in this District

Bail Set:          Date Made:          Remains in Federal Custody

/s/Briana Knox
Briana Knox
Assistant United States Attorney

## DEFENDANT INFORMATION SHEET

CR-24-41-6

TO: Clerk, U.S. District Court       [X] Felony       [ ] Class A Misdemeanor

DEFENDANT: Abdoul Aziz Traore       [X] Indictment       [ ] Information

DOB (Year Only) 1992       COUNTY OF OFFENSE: New Castle

~~SEALED~~ UNSEALED 9/5/24 KTK

**OFFENSE(S) & CITATION(S):** | **MAXIMUM PENALTIES:**

| OFFENSE(S) & CITATION(S) | MAXIMUM PENALTIES |
|---|---|
| **Count One:** 18 U.S.C. § 371 – Conspiracy to Cyberstalk and Send Interstate Threats | Five years imprisonment, a $250,000 fine, three years of supervised release, and a $100 special assessment |
| **Count Two:** 18 U.S.C. § 1956(h) – Money Laundering Conspiracy<br><br>***Note max penalties will be the same for Counts Three through Twenty Three as well.*** | 20 years imprisonment, a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater; three years of supervised release; and a $100 special assessment |
| **Counts Three through Seven:** 18 U.S.C. §§ 1956(a)(2)(B)(i) and 2 – International Money Laundering, including Aiding and Abetting | Same as above |
| **Counts Eight through Twenty-Three:** 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2 – Concealment Money Laundering, including Aiding and Abetting | Same as above |
| **Counts Twenty-Four through Thirty-Three:** 18 U.S.C. § 1343 and 2 – Wire Fraud, including Aiding and Abetting | 30 years imprisonment; $1,000,000 fine; three years supervised release; and a $100 special assessment |

## INSTRUCTIONS

[ ] Order to Produce for Arraignment on: _____ at 1:00 p.m.

[X] Issue Arrest Warrant upon signing of Order

[ ] Issue Summons for Initial Appearance on: _____ at _____

[ ] Interpreter Needed       Language _____

FILED AUG 2024
U.S. DISTRICT COURT

## DEFENDANT INFORMATION

Defendant's Address: _____

City: _____   County: _____   State: _____   Zip: _____

Date of Arrest: _____   Date of 1st Appearance in this District _____

Bail Set: _____   Date Made: _____   Remains in Federal Custody [ ]

/s/Briana Knox
Briana Knox
Assistant United States Attorney